IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

2011 JUL 19 P 4: 20

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) | C.A. NO. 4:11-cv-00667-RBH |
| PLAINTIFF, | ) ) ) | |
| vs. | ) ) | ORDER OF DISBURSEMENT |
| VISIONS FUNDING, INC., FUNERAL FINANCIAL SERVICES, and VERONICA SINGLETARY, | ) ) ) ) | |
| DEFENDANTS. | ) ) | |

THIS MATTER COMES BEFORE THE COURT by the Defendant, Funeral Financial Services ("Funeral Financial"), for entry of an order disbursing interpled funds. For the reasons set forth herein, Funeral Financial's request is hereby GRANTED as follows:

This Court's order is based upon the following grounds that Funeral Financial has shown to the Court's satisfaction:

1.  AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY ("AGLA") commenced this action on March 18, 2011 by filing its Complaint of Interpleader (Docket Entry No. 1) seeking to deposit with the Court certain disputed life insurance policy proceeds as set forth more fully in AGLA's Complaint of Interpleader.

2.  AGLA duly served Visions with a Summons (Docket Entry No. 4) and its Complaint of Interpleader on March 30, 2011 and filed an Affidavit of Service on Defendant Visions Funding, Inc. (Docket Entry No. 7) evidencing the same.



3. AGLA duly served Singletary with a Summons (Docket Entry No. 4) and its Complaint of Interpleader on March 29, 2011 and filed an Affidavit of Service on Defendant Veronica Singletary (Docket Entry No. 6) evidencing the same.

4. Both Visions and Singletary were required to serve an answer or otherwise plead in response to AGLA's Complaint of Interpleader within twenty-one (21) days after service of the same upon them. Rule 12, FRCP.

5. Neither Visions nor Singletary timely served an answer or otherwise pled in response to AGLA's Complaint of Interpleader nor has either made any appearance in this action as of the date hereof.

6. Both Visions and Singletary are in default and the Clerk of Court has so entered their default upon the record (Docket Entry No. 14).

7. This Court entered an order of judgment by default against Visions and Singletary and granted AGLA's motion to Interplead the funds.

NOW, THEREFORE, FOR GOOD CAUSE BEING SHOWN,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that an order disbursing the Interpled funds is entered as follows:

(A) Upon receipt by the Court of the Interpled funds consisting of the proceeds of the subject insurance policies (specifically, the policies identified in AGLA's Complaint of Interpleader by numbers 10-0125460213 and 10-0126079284), the total amount of which is to be $12,125.41, the clerk is ordered to disburse $12,125.41, less the Clerk's administrative fee, to Funeral Financial Services of 3598 NW 27th Avenue, Miami, FL 33142 within 20 days of receipt from AGLA;



2

(C) Upon disbursement of the Interpled Funds, this case shall be dismissed with prejudice.

AND IT IS SO ORDERED.

Robert Bryan Harwell
United States District Judge

Florence, South Carolina
Dated: 7-19-11